JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERICO ROSAS, | ) | NO. SACV 15-1037-BRO (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. PEERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: December 18, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE